UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-03146-LGS

ZURU INC.,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

       Defendant.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 44

Plaintiff ZURU INC., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action **without prejudice** as against Defendant LiuYanJie-shop (Defendant No. 44 on Schedule "A").

Dated:  May 23, 2023          Respectfully submitted,

       */s/ Joel B. Rothman*
       JOEL B. ROTHMAN
       NY Bar Number:  2459576
       joel.rothman@sriplaw.com
       JOSEPH A. DUNNE
       NY Bar Number. 4831277
       joseph.dunne@sriplaw.com
       ELIEZER LEKHT
       NY Bar Number:  5762497
       eliezer.lekht@sriplaw.com

       **SRIPLAW**
       25 Maiden Lane
       Suite 5C

New York, NY 10038
929.200.2474 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Zuru Inc.*