UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-03146-LGS

ZURU INC.,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

       Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 36

Plaintiff ZURU INC., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action **without prejudice** as against the Defendant partyshine time Official Store (Defendant No. 36 on Schedule "A").

Dated:  June 8, 2023

                                        Respectfully submitted,

                                        */s/ Joel B. Rothman*
                                        JOEL B. ROTHMAN
                                        NY Bar Number:  2459576
                                        joel.rothman@sriplaw.com
                                        JOSEPH A. DUNNE
                                        NY Bar Number. 4831277
                                        joseph.dunne@sriplaw.com
                                        ELIEZER LEKHT
                                        NY Bar Number:  5762497
                                        eliezer.lekht@sriplaw.com

                                        **SRIPLAW, P.A.**
                                        175 Pearl Street
                                        Third Floor
                                        Brooklyn, NY 11201

561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Zuru Inc.*