UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-03146-LGS

ZURU INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 74

Plaintiff ZURU INC., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action **without prejudice** as against the following Defendant AnythingExpress (Defendant No. 74 on Schedule "A").

Dated:  June 14, 2023

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
NY Bar Number:  2459576
joel.rothman@sriplaw.com
JOSEPH A. DUNNE
NY Bar Number. 4831277
joseph.dunne@sriplaw.com
ELIEZER LEKHT
NY Bar Number:  5762497
eliezer.lekht@sriplaw.com

**SRIPLAW, P.A.**
175 Pearl Street
Third Floor
Brooklyn, NY 11201
561.404.4350– Telephone

**SRIPLAW**
Cᴀʟɪꜰᴏʀɴɪᴀ ◆ Gᴇᴏʀɢɪᴀ ◆ Fʟᴏʀɪᴅᴀ ◆ Tᴇɴɴᴇssᴇᴇ ◆ Nᴇᴡ Yᴏʀᴋ

561.404.4353 – Facsimile

*Counsel for Plaintiff Zuru Inc.*