UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.:  1:23-cv-03146-LGS

ZURU INC.,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

       Defendant.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS 45, 53, 59, 76, 101, 103 AND 113

Plaintiff ZURU INC., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action **without prejudice** as against the following Defendants:

    a. GoldenKitty (Defendant No. 45 on Schedule "A");

    b. Will's Pantry (Defendant No. 53 on Schedule "A");

    c. AJC official (Defendant No. 59 on Schedule "A");

    d. JRQualityShop (Defendant No. 76 on Schedule "A");

    e. NIAH (Defendant No. 101 on Schedule "A");

    f. Putian Co. (Defendant No. 103 on Schedule "A"); and

    g. basdd (Defendant No. 113 on Schedule "A").

Dated:  June 20, 2023	Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
NY Bar Number:  2459576
joel.rothman@sriplaw.com

**SRIPLAW**
175 Pearl Street
Third Floor
Brooklyn, NY 11201
929.200.2474 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Zuru Inc.*