# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### MANHATTAN DIVISION

### CASE NO.:  1:23-cv-03146-LGS

ZURU INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

        Defendant.

---

### <u>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS 108</u>

Plaintiff ZURU INC., by and through its undersigned counsel, and pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as against the

Defendant xiongfangzheng-shop (Defendant No. 108 on Schedule "A").

Dated:  June 20, 2023          Respectfully submitted,

          */s/ Joel B. Rothman*
          JOEL B. ROTHMAN
          NY Bar Number: 2459576
          joel.rothman@sriplaw.com

          **SRIPLAW**
          175 Pearl St
          Third Floor
          Brooklyn, NY 11201
          929.200.2474 – Telephone
          561.404.4353 – Facsimile

          *Counsel for Plaintiff Zuru Inc.*