**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

**CASE NO.:  1:23-cv-03146-LGS**

ZURU INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT 60**

Plaintiff ZURU INC., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action without prejudice against the Defendant identified on Schedule "A" to the Complaint as HiLong Day (Defendant no. 60).

Dated:  June 20, 2023        Respectfully submitted,

                                  */s/ Joel B. Rothman*
                                  JOEL B. ROTHMAN
                                  NY Bar Number: 2459576
                                  joel.rothman@sriplaw.com

                                  **SRIPLAW**
                                  175 Pearl St
                                  Third Floor
                                  Brooklyn, NY 11201
                                  929.200.2474 – Telephone
                                  561.404.4353 – Facsimile

                                  *Counsel for Plaintiff Zuru Inc.*