

**Joel B. Rothman**
*Partner*
*Board Certified in Intellectual Property Law*
Direct: 561.404.4335
joel.rothman@sriplaw.com

June 20, 2023

> Application **GRANTED**.  The order to show cause hearing scheduled for June 21, 2023, at 4:10 P.M. is **CANCELLED** for the reasons stated in Plaintiff's letter.  The temporary restraining order issued April 27, 2023, shall no longer restrain and enjoin Defendants.  So Ordered.
>
> Dated: June 21, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF ONLY:**
Hon. Lorna G. Schofield
Courtroom 1106

Re:   ZURU INC. v. The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A"
Case No.: 1:23-cv-03146-LGS

To the Honorable Lorna G. Schofield,

   Counsel for Plaintiff writes to inform the Court that it filed today June 20, 2023 notices of dismissal as to the defendants who were remaining in this action.

   Plaintiff respectfully requests the Court adjourn the hearing on Plaintiff's motion for preliminary injunction scheduled for tomorrow, June 21, 2023 at 4:10 p.m, as there are no defendants remaining in the case who would be subject to a preliminary injunction.

Sincerely,

**SRIPLAW**

Joel B. Rothman

| FLORIDA | NEW YORK | CALIFORNIA | GEORGIA | TENNESSEE |
|---|---|---|---|---|
| 21301 Powerline Road Suite 100 Boca Raton, FL 33433 | 175 Pearl Street 3rd Floor Brooklyn, NY 11201 | 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 3372 Peachtree Road Suite 115 Atlanta, GA 30326 | 818 18th Avenue S. 10th Floor Nashville, TN 37203 |

Main: 561-404-4350 | Fax: 561-404-4335 | www.sriplaw.com | info@sriplaw.com