UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-03146-LGS

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendant.

So Ordered.

The Clerk of Court is respectfully directed to terminate the listed parties as Defendants.

Dated: June 21, 2023
New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS

Plaintiff ZURU INC., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action without prejudice as against the following Defendants identified on Schedule "A" to the Complaint as follows:

| Doe Number | Merchant Name |
|---|---|
| 1 | Shop5047346 Store |
| 2 | Shop1102086522 Store |
| 3 | Shop5077189 Store |
| 4 | Shop4886009 Store |
| 5 | Shop4987124 Store |
| 6 | JMY Disney toys Store |
| 7 | Glitter Cardstock Crafts Store |
| 8 | 12 Dresser Store |
| 9 | Joy-Toys Dropshipping Store |
| 10 | Xiyou Party Supply Store Store |
| 11 | CEAKJ Festival Decoration Store |
| 12 | Shop1102134764 Store |
| 13 | good supplier Store |
| 14 | Nansheng Workshop Store |
| 15 | OLOEY POP Store |

| 16 | Shop911418068 Store |
|---|---|
| 17 | Weekend Toy Monopoly Store |
| 18 | Ordinary Life Up Store |
| 19 | MHORLX Store |
| 20 | Shop910716127 Store |
| 21 | QINGQIU Toys Store |
| 22 | Children Plush Toys Store |
| 23 | An Ant Store Store |
| 24 | Adult Life ww Store |
| 25 | Shop912517005 Store |
| 26 | Dear Baby Store Store |
| 27 | Pixel VV Store |
| 28 | H Brain Game Store |
| 29 | Shop1102110386 Store |
| 30 | Shop1102141071 Store |
| 31 | Shop1102251188 Store |
| 32 | Shop912406443 Store |
| 33 | MaiMai Home Store |
| 34 | Bear Dollhouse Store |
| 35 | Amoy Baby-YISA Store |
| 37 | KTDDTK |
| 38 | It's Deals Time |
| 39 | Thumb Up Trading |
| 40 | baigouxinchengpinchanriyongbaihuoshanghang |
| 41 | CIBEL |
| 42 | YQEOCO |
| 43 | Frshopcom |
| 47 | zhijiangshimiaochengshangmaoyouxiangongsi |
| 48 | Instyle beauty boutique |
| 50 | muyunwangluokeji |
| 51 | GeekNi |
| 52 | Nuovonsion |
| 54 | Daqian Shijie |
| 55 | SYBATZ |
| 56 | SgoyiU(Fast Shipping 6-12 Days ) |
| 57 | BCHENG |
| 58 | Jinyueliang |
| 59 | AJC official |
| 61 | Madi shop |
| 62 | nengyingus |
| 63 | OvOzzzzz |
| 64 | yilufa shangpu |
| 65 | kisampo |

| 66  | Zhoukundqwedqwd |
|-----|-----------------|
| 67  | Vinsingo |
| 69  | Xuyama |
| 70  | Hoejtol-MG |
| 71  | HYJSM-US |
| 72  | sumianmaoyi |
| 73  | Margo D |
| 75  | jinhanhongyuan |
| 77  | A20TN17LT9NGS |
| 78  | WenWink |
| 79  | yayachunhao |
| 80  | YanYouFan |
| 81  | A'MIG |
| 82  | Megan_Jiang |
| 83  | Ndgdjs |
| 84  | chenyubaihuogongsi |
| 85  | Lexinan |
| 86  | XY-US1 |
| 87  | Rayyar |
| 89  | LIBRNTY |
| 90  | Hapther |
| 91  | QDTee |
| 92  | YSCENL |
| 93  | LuLiuGongSi |
| 94  | Narwin Zone |
| 95  | wuzhixian |
| 96  | QYEURHome |
| 98  | Lawzl |
| 99  | SHOWV |
| 100 | Fssq-ga |
| 102 | YOMOTREE US |
| 104 | LOIIYHTTR |
| 105 | caizibjhmkk |
| 106 | A3VVYN2DR4MJK2 |
| 107 | Xppower |
| 109 | LIUXIYA |
| 110 | Lammii |
| 111 | moufier |
| 112 | coscoach |
| 114 | YC mango |
| 115 | ANNAMILADirect |
| 116 | Lauyoung |
| 117 | Bsadjioqa |

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

Dated:  June 20, 2023             Respectfully submitted,

                                  */s/ Joel B. Rothman*
                                  JOEL B. ROTHMAN
                                  NY Bar Number: 2459576
                                  joel.rothman@sriplaw.com

                                  **SRIPLAW**
                                  175 Pearl St
                                  Third Floor
                                  Brooklyn, NY 11201
                                  929.200.2474 – Telephone
                                  561.404.4353 – Facsimile

                                  *Counsel for Plaintiff Zuru Inc.*