UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-03146-LGS

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 93

Plaintiff ZURU INC., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as against Defendant LuLiuGongSi (Defendant No. 93 on Schedule "A").

Dated: June 28, 2023      Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
NY Bar Number: 2459576
joel.rothman@sriplaw.com

**SRIPLAW**
175 Pearl St
Third Floor
Brooklyn, NY 11201
929.200.2474 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Zuru Inc.*