UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                            :

ZURU, INC.,
                          :

                    Plaintiff,   :          23 Civ. 3146 (LGS)

                          :

          -against-            :             ORDER

                          :

THE INDIVIDUALS, PARTNERSHIPS, AND  :
UNINCORPORATED ASSOCIATIONS      :
LISTED IN SCHEDULE "A",            :

                  Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued April 27, 2023, granted Plaintiff's ex parte application for entry of a temporary restraining order.  An order issued June 6, 2023, scheduled an order to show cause hearing regarding the temporary restraining order.

       WHEREAS, an Order issued June 6, 2023, scheduled an initial pre-trial conference in this matter for July 12, 2023.  That Order required the parties to file a joint status letter and proposed case management plan by July 5, 2023.  No such materials were filed.

       WHEREAS, Plaintiff filed a letter on June 20, 2023, requesting that the order to show cause hearing regarding the April 27 temporary restraining order be cancelled, because "there are no defendants remaining in the case who would be subject to a preliminary injunction."  An Order issued June 21, 2023, cancelled the order to show cause hearing.

       WHEREAS, No Defendants have appeared.  It is hereby

       **ORDERED** that the conference scheduled for July 12, 2023, is **ADJOURNED** to **July 19, 2023**.  By **July 12, 2023**, Plaintiff shall file a status letter.  Such letter shall state whether this conference may be cancelled and shall further propose next steps, if any, in this litigation.

Dated: July 7, 2023
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**