

Joel B. Rothman
*Partner*
*Board Certified in Intellectual Property Law*
Direct: 561.404.4335
joel.rothman@sriplaw.com

July 11, 2023

**VIA ECF ONLY:**
Hon.  Lorna G. Schofield
Courtroom 1106

The Order issued July 7, 2023, directed Plaintiff to file a status letter stating whether the conference scheduled for July 19, 2023, may be canceled and proposing next steps, if any, in this litigation.  The endorsed letter does not provide the required information.  Plaintiff shall file the required letter by **July 13, 2023**.  So Ordered.

Dated: July 11, 2023
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **ZURU INC. v. The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A"**
      **Case No.:  1:23-cv-03146-LGS**

To the Honorable Lorna G. Schofield,

Counsel for Plaintiff writes to inform the Court that it filed today June 20, 2023 notices of dismissal as to the defendants who were remaining in this action.

Plaintiff respectfully requests the Court adjourn the hearing on Plaintiff's motion for preliminary injunction scheduled for tomorrow, June 21, 2023 at 4:10 p.m, as there are no defendants remaining in the case who would be subject to a preliminary injunction.

Sincerely,

**SRIPLAW**

Joel B. Rothman

| FLORIDA | NEW YORK | CALIFORNIA | GEORGIA | TENNESSEE |
|---|---|---|---|---|
| 21301 Powerline Road Suite 100 Boca Raton, FL 33433 | 175 Pearl Street 3rd Floor Brooklyn, NY 11201 | 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 3372 Peachtree Road Suite 115 Atlanta, GA 30326 | 818 18th Avenue S. 10th Floor Nashville, TN 37203 |

Main: 561-404-4350 | Fax: 561-404-4335 | www.sriplaw.com | info@sriplaw.com