

Joel B. Rothman
*Partner*
*Board Certified in Intellectual Property Law*
Direct: 561.404.4335
joel.rothman@sriplaw.com

July 12, 2023

**VIA ECF ONLY:**
Hon.  Lorna G. Schofield
Courtroom 1106

    Re:   **ZURU INC. v. The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A"**
          **Case No.:  1:23-cv-03146-LGS**

To the Honorable Lorna G. Schofield,

    Counsel for Plaintiff writes in response to the Court's Order entered at DE 83 on July 12, 2023, which notes that Plaintiff's letter filed on July 11, 2023 (DE 80) failed to respond to the Court's Order issued July 7, 2023 (DE 79).

    The Court's July 7 Order directed Plaintiff to file a status letter by July 12, 2023 stating whether the conference scheduled for July 19, 2023 could be canceled and proposing any next steps in the litigation. The undersigned drafted an appropriate response, but the wrong document was inadvertently filed instead (DE 80). I apologize for the oversight and for any inconvenience this may have caused the Court.

    Counsel for Plaintiff provides the following status on the case. All defendants have been dismissed. Accordingly, Plaintiff **respectfully withdraws the pending motion for preliminary injunction** and requests the Court (1) adjourn sine die the conference scheduled for July 19, 2023, (2) deny all other pending motions as moot, and (3) given that no defendants remain in the action, close the Court file.

Sincerely,

**SRIPLAW**

Joel B. Rothman

| **FLORIDA** | **NEW YORK** | **CALIFORNIA** | **GEORGIA** | **TENNESSEE** |
|---|---|---|---|---|
| 21301 Powerline Road Suite 100 Boca Raton, FL 33433 | 175 Pearl Street 3rd Floor Brooklyn, NY 11201 | 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 3372 Peachtree Road Suite 115 Atlanta, GA 30326 | 818 18th Avenue S. 10th Floor Nashville, TN 37203 |

Main: 561-404-4350 | Fax: 561-404-4335 | www.sriplaw.com | info@sriplaw.com