UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-03146-LGS

ZURU INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendant.

## [proposed] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT 46

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [88], filed on September 7, 2023. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the Defendant yingtanshiyujiangqusidibaihuodian (Defendant No. 46 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 8th day of September, 2023.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**