UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:23-cv-03146-LGS

ZURU INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT 114**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [91], filed on September 22, 2023. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the Defendant YC mango (Defendant No. 114 on Schedule "A").

**DONE AND ORDERED** in New York, New York, this 25 th day of September, 2023.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**